OPINION — AG — ** DEPARTMENT OF HEALTH — FURNISHING LIST — DEATH OR BIRTHS ** OPINION DEALS WITH THE RELEASE OF NAMES OF " BIRTHS, DEATH " NOTICES, ESPECIALLY LISTS OF "BIRTHS" OF " LEGITIMATES ". THIS IS PROHIBITED. (COMMISSIONER OF HEALTH, HEALTH DEPARTMENT, NAMES, BIRTH CERTIFICATES, DEATH CERTIFICATES, PUBLIC RECORD, RELEASE, INSPECTION) CITE: 63 O.S. 560.8 [63-560.8] (FRED HANSEN)